## Aletha Welch, now Aletha Welch Abbott, Appellee, v. Lyle Welch, Appellant.

### Gen. No. 10,380.

M. L. Hay and Young & Young, for appellant; Vera M. Binks, for appellee; Thomas J. Welch and R. Sheridan Welch, of counsel. Opinion by JUSTICE BRISTOW. Not to be published in full. Opinion filed May 4, 1950; released for publication May 23, 1950.